ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

WILLIAM G. CLAYMAN
Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section
1301 New York Ave., NW, 11th Floor
Washington D.C., 20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00239-DC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |
| v. | |
| ANTHONY KIPP-GALATTI, | DATE: January 23, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its attorneys of record, Nchekube Onyima, Special Assistant United States Attorney, and William G. Clayman, Trial Attorney, and defendant Anthony Kipp-Galatti, both individually and by and through his counsel of record, Douglas J. Beevers, hereby stipulate as follows:

1.     By previous order this matter was set for status on January 23, 2026, and excluded time from December 10, 2025, through January 23, 2026, under Local Code T4.

2.     By this stipulation, the parties now move to continue the status conference until February

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

1

20, 2026, and to exclude time between January 23, 2026, and February 20, 2026, under Local Code T4.

3.　　The parties agree and stipulate, and request that the Court find the following:

a)　　On January 14, 2026, the government produced discovery to defense consisting of hundreds of pages of records that include of law enforcement reports, photographs, and other documents.  This discovery also consisted of audio recordings.

b)　　The government is currently in the process of making available additional discovery that is subject to the protective order filed on December 22, 2025.  This protected discovery consists of phone extractions, forensic reports, video recordings, audio recordings, transcripts, and other items.  Defense counsel will arrange for a time to view the protected discovery in person with the government's case agent assigned to the case.

c)　　As such, defense counsel will require additional time to review and copy discovery for this matter, discuss potential resolution with his client, and otherwise prepare for trial.

d)　　Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)　　The government does not object to the continuance.

f)　　Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)　　For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2026 to February 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial must commence.

IT IS SO STIPULATED.

ERIC GRANT
United States Attorney

Dated:  January 14, 2026

/s/Nchekube Onyima
NCHEKUBE ONYIMA
Special Assistant United States Attorney
WILLIAM G. CLAYMAN
Trial Attorney

Dated:  January 14, 2026

/s/Douglas J. Beevers
DOUGLAS J. BEEVERS
Counsel for Defendant
Anthony Kipp-Galatti

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

3

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on January 14, 2026 (Doc. No. 21), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for January 23, 2026, is VACATED and RESET for February 20, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between January 23, 2026 and February 20, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **January 14, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

4