HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ANTHONY KIPP-GALATTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:25-cr-00239-DC-1 |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| ANTHONY KIPP-GALATTI, ) | |
| Defendant. ) | Date: April 17, 2026<br>Time:  9:30 a.m.<br>Judge: Dena M. Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Special Assistant United States Attorney Nchekube Onyima, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Anthony Kipp-Galatti, that the status conference, currently scheduled for March 27, 2026, be re-set to April 17, 2026 at 9:30 a.m. before Judge Dena Coggins.

The defense requests the additional time in order to further review the discovery in the case and further prepare for the hearing.  The government has no objection to this continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 17, 2026;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

-1-

Respectfully submitted,

Dated:  March 11, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ANTHONY KIPP-GALATTI

Dated:  March 11, 2026

ERIC GRANT
United States Attorney

*/s/ Nchekube Onyima*
NCHEKUBE ONYIMA
Special Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation filed on March 12, 2029 (Doc. No. 33), and good cause appearing therefore, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for March 27, 2026, is VACATED and RESET for April 17, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between March 27, 2026 and April 17, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **March 12, 2026**

_____
Dena Coggins
United States District Judge

-3-