HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ANTHONY KIPP-GALATTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:25-cr-00239-DC-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON MOTION FOR BILL OF PARTICULARS |
| ANTHONY KIPP-GALATTI, | ) |
| Defendant. | )  Date: March 26, 2027 to April 16, 2026 ) Time: 2:00 p.m. ) Judge: Alison Claire |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Special Assistant United States Attorney Nchekube Onyima and Trial Attorney William G. Clayman, attorneys for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Anthony Kipp-Galatti, that the hearing on the motion for a bill of particulars, currently scheduled for March 26, 2026, be re-set to April 16, 2026 at 2:00  p.m. before Judge Alison Claire.

As grounds for the continuance, Defense states that the District Court has not yet ruled on Defendant's Motion to Dismiss the indictment which may moot this motion.  The government has no objection to this continuance.

The District Court has already excluded time until April 17, 2026.

Counsel and the defendant agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

-1-

Respectfully submitted,

Dated:  March 13, 2026

HEATHER E. WILLIAMS
Federal Defender


*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ANTHONY KIPP-GALATTI

Dated:  March 13, 2026

ERIC GRANT
United States Attorney

*/s/ Nchekube Onyima*
NCHEKUBE ONYIMA
Special Assistant U.S. Attorney
WILLIAM G. CLAYMAN
Trial Attorney
Attorneys for Plaintiff

## <u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It is further ordered the March 26, 2026 motion hearing date shall be re-set for April 16, 2026, at 2:00 p.m. before the Honorable Alson Claire.

Dated:  March 13, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-3-