HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Doug_beevers@fd.org

Attorney for Defendant
ANTHONY KIPP-GALATTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:25-cr-00239-DC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| ANTHONY KIPP-GALATTI, | DATE:   April 17, 2026 TIME:   9:30 a.m. JUDGE: Hon. Dena Coggins |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the Court should continue the currently scheduled status conference set for April 17, 2026, at 9:30 a.m. to June 24, 2026 at 9:30 am.

The reason for the continuance is that defense counsel needs additional time to review case materials with his client and conduct follow up investigation including a scheduled trip for an investigation in Vietnam in May pertaining to this case and will need more time to complete that investigation.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through June 24, 2026, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4. Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: April 9, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ *Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
ANTHONY KIPP-GALATTI

Dated: April 9, 2026

ERIC GRANT
United States Attorney

/s/ *Nchekube Onyima*
NCHEKUBE ONYIMA
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and [~~Proposed~~]
Order to Continue Status Conference

**O R D E R**

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation filed on April 9, 2026 (Doc. No. 39), and good cause appearing therefrom, APPROVES the stipulation.  Accordingly, the Status Conference scheduled for April 17, 2026, is VACATED and RESET for June 24, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between April 10, 2026 and June 24, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 10, 2026**

_____
Dena Coggins
United States District Judge

Stipulation and [Proposed]
Order to Continue Status Conference