HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Doug_beevers@fd.org

Attorney for Defendant
ANTHONY KIPP-GALATTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:25-cr-00239-DC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| ANTHONY KIPP-GALATTI, | DATE:   June 24, 2026<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Dena Coggins |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the Court should continue the currently scheduled status conference set for June 24, 2026, at 9:30 a.m. to July 29, 2026 at 9:30 am.

The reason for the continuance is that defense counsel is seeking evidence from the police in Vietnam with the assistance of the U.S. Attorney's Office and the DHS Deputy Attaché in Vietnam.  Defense counsel has good reason to believe that there will be additional evidence released that is highly relevant to the case, and may be relevant to the issues raised in defendant's motion to dismiss.  Defense counsel also has substantial reverse discovery to provide based on defense counsel's three-week trip to Vietnam.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through July 29, 2026, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4. Counsel and the defendant also agree that the ends of justice served by the Court granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 15, 2026          HEATHER E. WILLIAMS
                             Federal Defender

                             /s/ Douglas J. Beevers
                             DOUGLAS J. BEEVERS
                             Assistant Federal Defender
                             Attorney for Defendant
                             ANTHONY KIPP-GALATTI

Dated: June 15, 2026

                             ERIC GRANT
                             United States Attorney

                             /s/ Nchekube Onyima
                             NCHEKUBE ONYIMA
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

Stipulation and [Proposed]
Order to Continue Status Conference

**O R D E R**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on June 15, 2026 (Doc. No. 49), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference and Motion Hearing as to Defendant's Motion to Dismiss (Doc. No. 42) scheduled for June 24, 2026, is VACATED and RESET for July 29, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period from the date of this order through July 29, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **June 16, 2026**

_____
Dena Coggins
United States District Judge

Stipulation and [Proposed]
Order to Continue Status Conference