ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

WILLIAM G. CLAYMAN
Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section
1301 New York Ave., NW, 11th Floor
Washington D.C., 20530

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY KIPP-GALATTI,<br>Defendant. | CASE NO. 2:25-CR-00239-DC<br><br>STIPULATION TO EXEND DEADLINE FOR GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS<br><br>Date: September 25, 2026<br>Time: 9:30 a.m.<br>Judge. Hon. Dena Coggins |

IT IS HEREBY STIPULATED between the parties that the deadline for the government to submit its opposition to the defendant's pending motions to suppress filed July 29, 2026, and July 31, 2026, may be extended from August 5, 2026, and August 7, 2026, respectively, to September 2, 2026.

//

//

//

//

//

This extension is necessary to give the government sufficient time to adequately address the defendant's allegations of "substantial coercion and compulsion" (*See* Doc. 53) by Vietnamese law enforcement, and address the defendant's claim that the Fourth Amendment required Vietnamese law enforcement to obtain a search warrant prior to searching one of Kipp-Galatti's electronic devices (*See* Doc. 55).

Dated: August 3, 2026

ERIC GRANT
United States Attorney

/s/ NCHEKUBE ONYIMA
NCHEKUBE ONYIMA
Special Assistant U.S. Attorney
WILLIAM G. CLAYMAN
Trial Attorney

Dated: August 3, 2026

/s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Counsel for Anthony Kipp-Galatti

ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

WILLIAM G. CLAYMAN
Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation and Obscenity Section
1301 New York Ave., NW, 11th Floor
Washington D.C., 20530

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY KIPP-GALATTI,<br>Defendant. | CASE NO. 2:25-CR-00239-DC<br><br>ORDER |

Upon the parties' Stipulation, and for good cause shown, the deadline for the Government to submit its Opposition to the Defendant's Motion to Suppress filed at Docket No. 53 on July 29, 2026, is extended from August 5, 2026, to September 2, 2026; and the deadline for the Government to submit its Opposition to the Defendant's Motion to Suppress filed at Docket No. 55 on July 31, 2026, is extended from August 7, 2026, to September 2, 2026.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge