HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ANTHONY KIPP-GALATTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY KIPP-GALATTI,<br>Defendant. | Case No. 2:25-cr-00239-DC-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND MOTION HEARINGS AND TO EXTEND REPLY DEADLINE |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Special Assistant United States Attorney Nchekube Onyima, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Anthony Kipp-Galatti, that the status conference, and both Motions to Suppress (ECF 53 and ECF 55) currently scheduled for September 25, 2026, be re-set to October 30, 2026 at 9:30 a.m. before Judge Dena Coggins.

It is further stipulated that the Reply deadline currently set for September 2, 2026 be extended to September 23, 2026.

The defense requests the additional time due to defendant being housed at Taft, multiple witnesses residing outside of the country and the complexity of the legal issues presented by the case. The government has no objection to this continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 30, 2026; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

Counsel and the defendant agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: September 2, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ANTHONY KIPP-GALATTI

Dated: September 2, 2026

ERIC GRANT
United States Attorney

/s/ *Nchekube Onyima*
NCHEKUBE ONYIMA
Special Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation filed on September 3, 2026 (Doc. No. 61), and good cause appearing therefrom, APPROVES the parties' stipulated request. Accordingly, the Status Conference and Motion Hearing as to the pending Motions to Suppress (Doc. Nos. 53 and 55) set for September 25, 2026 is VACATED and RESET for October 30, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins, and the reply deadline is EXTENDED from September 2, 2026 to September 23, 2026.

The time period between September 2, 2026 and October 30, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dena Coggins
United States District Judge