HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
ANTHONY KIPP-GALATTI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY KIPP-GALATTI,<br>Defendant. | Case No. 2:25-cr-00239-DC-1<br><br>STIPULATION AND ORDER TO EXTEND REPLY DEADLINE |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Nchekube Onyima, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Anthony Kipp-Galatti, that the Reply deadline previously set for October 2, 2026 be extended to October 9, 2026.

The defense requests the additional time due to having received additional discovery and the complexity of the legal issues presented by the case. The government has no objection to this continuance.

//

//

Respectfully submitted,

Dated: October 6, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ANTHONY KIPP-GALATTI

Dated: October 6, 2026

ERIC GRANT
United States Attorney

/s/ *Nchekube Onyima*
NCHEKUBE ONYIMA
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation filed on October 6, 2026 (Doc. No. 64) , and good cause appearing therefrom, APPROVES *nunc pro tunc* to September 23, 2026 the parties' stipulated request for extension of time. Accordingly, the deadline for Defendant to file a reply, if any, to the pending Motions to Suppress (Doc. Nos. 53 and 55) is EXTENDED to October 9, 2026.

IT IS SO ORDERED.

Dated: **October 6, 2026**

Dena Coggins
United States District Judge